ORDERED in the Southern District of Florida on **June 22, 2016**



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Antonio **LAGO**

Case No. 09-34004 - **RAM**
Chapter 13

_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by _____The Locator Services Group, Ltd._____ on behalf of CIT Group Inc._____ and in accordance with the provisions of 28 U.S.C. § 2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to _CIT Group Inc._ and, if applicable, the "funds locator" or attorney submitting the application, The Locator Services Group Ltd., the sum of _$6,786.35_ now held as unclaimed funds in the treasury for the original claimant Student Loan Xpress, Inc._.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

in the name of the party on whose behalf the funds are being claimed and the "funds locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)